UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NATHAN REARDON,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )        1:26-cv-00319-MRD-AEM
                                   )
LANCE E. WALKER, et al.,           )
                                   )
        Defendants.                )

**ORDER REGARDING FILING FEE**

Plaintiff has filed a complaint in this Court.  He has neither paid the $405.00 filing fee nor filed an application to proceed without prepayment of fees and costs.

The Clerk is directed to forward a form Application to Proceed Without Prepayment of Fees and Costs to the Plaintiff.  Plaintiff is hereby ORDERED to file an Application to Proceed Without Prepayment of Fees and Costs or pay the filing fee no later than August 5, 2026.

If Plaintiff fails to pay the filing fee or file a completed Application on or before August 5, 2026, the Court could dismiss the matter.

/s/ Amy E. Moses
U.S. Magistrate Judge

Dated this 13th day of July, 2026.